<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-2836

———————

WILLIAM M. LEWIS, JR.,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee,

        and

JAMES R. SPENCER, District Judge; FEDERAL
COURTS, EASTERN DISTRICT; FEDERAL COURTS,
EASTERN DISTRICT AND ITS APPEALS OF VIRGINIA,

                              Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-98-467-3)

———————

Submitted:  April 15, 1999          Decided:  April 21, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William M. Lewis, Jr., Appellant Pro Se. Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William M. Lewis, Jr., appeals the district court's order dismissing his complaint under the Federal Torts Claims Act, 28 U.S.C. § 1346(b)(1) (1994). Because the defendants are absolutely immune from suit for damages, we affirm the district court's order. See 28 U.S.C. § 2674 (1994); Stump v. Sparkman, 435 U.S. 349 (1978); King v. Meyers, 973 F.2d 354 (4th Cir. 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED